SIDNEY R. KLAR et al., Respondents, *v.* H. & M. PARCEL ROOM, INC., Appellant.

Supreme Court, Appellate Term, First Department, June 25, 1945.

*Travers E. Devlin* and *John E. Buck* for appellant.

*George Landesman* and *Horace G. Marks* for respondents.

MEMORANDUM *Per Curiam.* The defendant's liability under the contract is limited to the sum of $25; it is adequately shown

by the evidence that this limitation was sufficiently brought to plaintiffs' attention and constituted a contract between the parties.

The judgment should. be modified by reducing plaintiffs' recovery to the sum of $25, with costs, and as modified affirmed, with $25 costs to appellant to be set off against plaintiffs' judgment.

HAMMER, SHIENTAG and EDER, JJ., concur.

Judgment accordingly.